**Jessie DAVIS, Petitioner–Appellant,**

v.

**Howard PAINTER, Warden,
Respondent–Appellee.**

**No. 01–6877.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 10, 2001.

Decided Oct. 31, 2001.

Jessie M. Davis, pro se. Darrell V. McGraw, Jr., Scott E. Johnson, Dawn Ellen Warfield, Office of the Attorney General of West Virginia, Charleston, WV, for appellee.

Before WILKINS, NIEMEYER, and GREGORY, Circuit Judges.

PER CURIAM.

Jessie Davis seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate

judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Davis v. Painter,* No. CA–00–278–2 (S.D.W.Va. Dec. 8, 2000). We further deny Davis' motion to grant his petition and to proceed on appeal in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*